1  JOHN D. GIFFIN, CASB No. 89608
   *john.giffin@kyl.com*
2  JULIE L. TAYLOR, CASB No. 154341
   *julie.taylor@kyl.com*
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation
4  Four Embarcadero Center, Suite 1500
   San Francisco, California 94111
5  Telephone: (415) 398-6000
   Facsimile:   (415) 981-0136
6
   Attorneys for Defendant FOSS MARITIME
7  COMPANY

8
                UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA
10

11

12  MICHAEL D. BIRD,                    Case No. C 07-05776 WDB

13                 Plaintiff,           **STIPULATION TO EXTEND TIME
                                        FOR DEFENDANT FOSS
14       v.                             MARITIME COMPANY TO FILE A
                                        RESPONSIVE PLEADING**
15  FOSS MARITIME COMPANY, a
    corporation, and DOES 1 through 100,
16  inclusive,

17                 Defendants.

18

19

20  / / /

1  Pursuant to Northern District Local Rule 6-1(a), Plaintiff MICHAEL D. BIRD and
2  Defendant FOSS MARITIME COMPANY hereby stipulate that Defendant shall have up to and
3  including November 30, 2007 to file an answer or other responsive pleading to the Complaint
4  herein.

**IT IS SO STIPULATED.**

DATE: November 19, 2007

/s/
Daniel Robert Bartley
BARTLEY LAW OFFICES
Attorneys For Plaintiff
MICHAEL D. BIRD

DATE: November 19, 2007

[signature]
John D. Giffin
Julie L. Taylor
KEESAL YOUNG & LOGAN
Attorneys For Defendant
FOSS MARITIME COMPANY

- 2 -    KYL SF458123
STIPULATION TO EXTEND TIME FOR DEFENDANT FOSS MARITIME COMPANY TO FILE A
RESPONSIVE PLEADING - CASE NO. CV 05776 WDB