1  JOHN D. GIFFIN, CASB No. 89608
   john.giffin@kyl.com
2  JULIE L. TAYLOR, CASB No. 154341
   julie.taylor@kyl.com
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation
4  Four Embarcadero Center, Suite 1500
   San Francisco, California 94111
5  Telephone:  (415) 398-6000
   Facsimile:  (415) 981-0136
6

7  Attorney for Defendant
   FOSS MARITIME COMPANY
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 MICHAEL D. BIRD,                ) Case No. C 07-05776 WDB
                                   )
13              Plaintiff,         )
                                   ) **PROOF OF SERVICE**
14       vs.                       )
                                   )
15 FOSS MARITIME COMPANY, a        )
   corporation, and DOES 1 through 100, )
16 inclusive,                      )
                                   )
17              Defendants.        )
                                   )
18 _____  )

19

20

21

22

23 / / /

24 / / /

25
26 / / /

27

28

# PROOF OF SERVICE
*Michael Bird v. Foss Maritime Company*
USDC, Northern District (Oakland Division)
Case No. C 07-05776 WDB

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is Keesal, Young & Logan, Suite 1500, Four Embarcadero Center, San Francisco, California, 94111.

On November 15, 2007, I served the foregoing documents described as:

(1) NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;

(2) CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE;

(3) DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT COURT;

(4) ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;

(5) STANDING ORDER OF U.S. MAGISTRATE JUDGE WAYNE D. BRAZIL;

(6) STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA – CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; and

(7) ECF REGISTRATION INFORMATION HANDOUT

on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**Daniel Robert Bartley, Esq.**         Tel.: (415) 898-4741
**7665 Redwood Blvd., Suite 200**       Fax: (415) 898-4841
**Novato, CA 94945-1405**

                                        danielbartleylaw@aol.com

*Counsel for Plaintiff*

☐ **BY FACSIMILE**: I caused the above-referenced document(s) to be transmitted to the above-named person(s) at the facsimile telephone number exhibited therewith. The facsimile machine I used complied with California Rules of Court, Rule 2003 and the transmission was reported as complete and without error. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission and the transmission report was properly issued by the transmitting facsimile machine.

☒ **BY UPS OVERNIGHT**: I caused such envelope(s), fully prepaid on account, to be placed within the custody of UPS at San Francisco, California. I am readily familiar with Keesal, Young & Logan's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Keesal, Young & Logan's business practice, the document described above will be deposited in a box or other facility regularly maintained by UPS or delivered to an authorized courier or driver authorized by UPS to receive documents on the same date that it is placed at Keesal, Young & Logan for collection.

2

PROOF OF SERVICE - CASE NO. C 07-05776 WDB                    KYL_SF458070

1     Pursuant to California Rules of Court, Rule 201, and the Local Rules of the United States District Court, I certify that all originals and service copies (including exhibits) of the papers referred to herein were produced and reproduced on paper purchased as recycled, as defined by section 42202 of the Public Resources Code.

    I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

    Executed on November 15, 2007 at San Francisco, California.

_____
Maria Celina M. Schilt