1  JOHN D. GIFFIN, CASB No. 89608
   *john.giffin@kyl.com*
2  JULIE L. TAYLOR, CASB No. 154341
   *julie.taylor@kyl.com*
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation
4  Four Embarcadero Center, Suite 1500
   San Francisco, California 94111
5  Telephone: (415) 398-6000
   Facsimile:  (415) 981-0136
6
   Attorneys for Defendant FOSS MARITIME
7  COMPANY

8                 UNITED STATES DISTRICT COURT
9                 NORTHERN DISTRICT OF CALIFORNIA
10
11

| MICHAEL D. BIRD,                                                                 | Case No. C 07-05776 WDB                                                                                                          |
|---|---|
| Plaintiff,                                                                        | **DEFENDANT FOSS MARITIME COMPANY'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST CAUSE OF ACTION PURSUANT TO RULE 12(b)(6)** |
| v.                                                                                |                                                                                                                                  |
| FOSS MARITIME COMPANY, a corporation, and DOES 1 through 100, inclusive,          |                                                                                                                                  |
| Defendants.                                                                       | Date: January 16, 2008<br>Time: 3:00 p.m.<br>Dept: Courtroom 4, 3rd Floor<br>1301 Clay Street, Oakland, CA 94612                 |

21  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

22  PLEASE TAKE NOTICE that on January 16, 2008 at 3:00 p.m., or as soon thereafter as

23  may be heard before the Honorable Wayne D. Brazil, Courtroom 4, Floor 3 of the above-

24  referenced court, located at 1301 Clay Street, Oakland, California, 94612, Defendant FOSS

25  MARITIME COMPANY, will and hereby does move to dismiss Plaintiff MICHAEL BIRD'S

26  First Cause of Action for Violation of California Labor Code § 1102.5.

27
28
                                         - 1 -                                    KYL_SF458032

1  This Motion is made pursuant to Federal Rule of Civil Procedure 12(b)(6), and is based
2  upon this Notice, the accompanying Memorandum of Points and Authorities, as well as all
3  pleadings, records, and papers already on file with the Court and on such further oral and/or
4  documentary evidence as may be presented prior to or at the hearing of this Motion.

DATE:  November 30, 2007

John D. Giffin
Julie L. Taylor
KEESAL YOUNG & LOGAN
Attorneys For Defendant
FOSS MARITIME COMPANY