1  JOHN D. GIFFIN, CASB No. 89608
   *john.giffin@kyl.com*
2  JULIE L. TAYLOR, CASB No. 154341
   *julie.taylor@kyl.com*
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation
4  Four Embarcadero Center, Suite 1500
   San Francisco, California 94111
5  Telephone: (415) 398-6000
   Facsimile:   (415) 981-0136
6
7  Attorneys for Defendant FOSS MARITIME
   COMPANY
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11

12 | MICHAEL D. BIRD,                              | CASE NO. CV 07-05776 WDB
13 |                    Plaintiff,                 | [PROPOSED] ORDER GRANTING
   |                                               | DEFENDANT FOSS MARITIME
14 |     v.                                        | COMPANY'S MOTION TO DISMISS
   |                                               | PLAINTIFF'S FIRST CAUSE OF
15 | FOSS MARITIME COMPANY, a                      | ACTION PURSUANT TO RULE
   | corporation, and DOES 1 through 100,          | 12(b)(6)
16 | inclusive,                                    |
17 |                    Defendants.                | Date: January 16, 2008
   |                                               | Time: 3:00 p.m.
18 |                                               | Dept: Courtroom 4, 3rd Floor
   |                                               | 1301 Clay Street, Oakland, CA 94612
19
20
21         Pending before the Court is Defendant FOSS MARITIME COMPANY's

22 (hereinafter "Foss") Motion to Dismiss Plaintiff MICHAEL D. BIRD's (hereinafter "Plaintiff")

23 First Cause of Action in his Complaint. The Court, having reviewed the parties' briefs and heard

24 oral arguments on the Motion, now rules as follows.

25         The Court finds that Cal. Labor Code § 1102.5 is preempted by 46 U.S.C. § 2114.

26 Plaintiff's first cause of action must therefore be dismissed pursuant to Federal Rules of Civil

27 Procedure 12(b)(6).

28
                                         - 1 -                            KYL_SF458031
   [PROPOSED] ORDER GRANTING DEFENDANT FOSS MARITIME COMPANY'S MOTION TO
   DISMISS - CASE NO. CV 07-05776 WDB

1      Accordingly, the Court GRANTS Foss' Motion to Dismiss Plaintiff's First Cause of
2 Action for Violation of Cal. Labor Code § 1102.5.

3

4 **IT IS SO ORDERED.**

5

6 DATED:                                                                                  _____