E-filing

JOHN D. GIFFIN, 89608 john.giffin@kyl.com
JULIE L. TAYLOR, 154341 julie.taylor@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
Four Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone: (415) 398-6000
Facsimile: (415) 981-0136

Counsel for Defendant FOSS MARITIME COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL D. BIRD,

      Plaintiff(s),

v.

FOSS MARITIME COMPANY, a corporation, and DOES 1 through 100, inclusive,

      Defendant(s).

No. C 07-05776

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: November 30, 2007

Signature JULIE L. TAYLOR, CASB 154341
KEESAL, YOUNG & LOGAN
Counsel for Defendant
(Plaintiff, Defendant or indicate "pro se")
FOSS MARITIME COMPANY