UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL D. BIRD,

    Plaintiff(s),

    v.

FOSS MARITIME COMPANY, a corporation, and DOES 1 through 100, inclusive,

    Defendant(s).

No. C 4:07-cv-05776-WDB

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: December 4, 2007

Signature

Counsel for Plaintiff Michael D. Bird
(Plaintiff, Defendant or indicate "pro se")

## PROOF OF SERVICE

The undersigned declares he/she is employed in the county of Marin, State of California, by Daniel Robert Bartley Law Offices, P.O. Box 686, Novato, CA, 94948-0686. I am over the age of 18 and not a party to this action.

On today's date, I caused to be served, via e-mail, a true and correct copy of "CONSENT TO PROCEED BEFOE A UNITED STATES MAGISTRATE JUDGE" upon the following:

> Julie Taylor, Esq.
> Keesal Young & Logan
> 4 Embarcadero Center, Suite 1500
> San Francisco, CA 94111
> Tel 415 398-6000  Fax 415 981-0136
> E-mail Julie.Taylor@kyl.com

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct and that this declaration was executed on this 5th day of December, 2007, at Novato, Marin County, California.

_Daniel Robert Bartley_