UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. BIRD, | No. C 07-5776 WDB |
| Plaintiff, | NOTICE RESCHEDULING CASE MANAGEMENT CONFERENCE |
| v. | |
| FOSS MARITIME COMPANY | |
| Defendant. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the Initial Case Management Conference currently scheduled for February 25, 2008, is rescheduled for **February 13, 2008, at 3:00 p.m.** <u>Lead</u> trial counsel for each party must participate in the case management conference. **No later than seven court days** prior to the case management conference, the parties must meet and confer and file a joint case management conference statement.

Dated: December 14, 2007

Richard W. Wieking, Clerk
United States District Court

*Sarah Weinstein*

By:   Sarah Weinstein
      Law Clerk/Deputy Clerk

Copies to:
   All parties,
   WDB, Stats