1  JOHN D. GIFFIN, CASB No. 89608
   *john.giffin@kyl.com*
2  JULIE L. TAYLOR, CASB No. 154341
   *julie.taylor@kyl.com*
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation
4  Four Embarcadero Center, Suite 1500
   San Francisco, California 94111
5  Telephone: (415) 398-6000
   Facsimile:   (415) 981-0136
6
   Attorneys for Defendant
7  FOSS MARITIME COMPANY

8
                UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA
10

11

12  MICHAEL D. BIRD,                      | Case No. C 07-05776 WDB

13                    Plaintiff,          | **STIPULATION TO EXTEND TIME
                                          | FOR HEARING ON DEFENDANT
14       v.                               | FOSS MARITIME COMPANY'S
                                          | MOTION TO DISMISS**
15  FOSS MARITIME COMPANY, a
    corporation, and DOES 1 through 100,
16  inclusive,

17                    Defendants.

18

19

20  / / /

---

- 1 -

STIPULATION TO EXTEND TIME FOR HEARING OF MOTION TO DISMISS
- CASE NO. C 07-05776 WDB

KYL_SF458568

1 | Pursuant to Northern District Local Rule 6-1(a), Plaintiff MICHAEL D. BIRD and Defendant FOSS MARITIME COMPANY hereby stipulate that the noticed hearing of Defendant Foss Maritime Company's motion to dismiss shall be rescheduled to February 13, 2008 at 3:00 p.m.

**IT IS SO STIPULATED.**

DATE: December 17, 2007

/s/ Daniel Robert Bartley
Daniel Robert Bartley
BARTLEY LAW OFFICES
Attorneys for Plaintiff
MICHAEL D. BIRD

DATE: December 17, 2007

/s/ John D. Giffin
John D. Giffin
Julie L. Taylor
KEESAL YOUNG & LOGAN
Attorneys for Defendant
FOSS MARITIME COMPANY