1  JOHN D. GIFFIN, CASB No. 89608
   *john.giffin@kyl.com*
2  JULIE L. TAYLOR, CASB No. 154341
   *julie.taylor@kyl.com*
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation
4  Four Embarcadero Center, Suite 1500
   San Francisco, California 94111
5  Telephone:  (415) 398-6000
   Facsimile:   (415) 981-0136
6
7  Attorneys for Defendant FOSS MARITIME COMPANY

8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA

10
11 MICHAEL D. BIRD,                     Case No. C 07-05776 WDB

12                     Plaintiff,       **FORM OF CERTIFICATION PURSUANT
                                        TO CIVIL L.R. 3-16**
13     v.

14 FOSS MARITIME COMPANY, a
   corporation, and DOES 1 through 100,
15 inclusive,

16                     Defendants.

17

18     On behalf of Defendant FOSS MARITIME COMPANY, pursuant to Civil L.R. 3-

19 16, the undersigned certifies that the following listed persons, associations of persons,

20 firms, partnerships, corporations, or other entities (i) have a financial interest in the

21 subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial

22 interest in that subject matter or in a party that could be substantially affected by the

23 outcome of this proceeding:

24     (1)   Foss Maritime Company

25     (2)   Chubb Group of Insurance Companies

26

27

28

FORM OF CERTIFICATION – Case No. C 07 4722 (WHA)        KYL_SF459615

| | |
|---|---|
| 1 | |
| 2 | DATED: January 31, 2008 |

_____
JOHN D. GIFFIN
JULIE L. TAYLOR
KEESAL YOUNG & LOGAN
Attorneys for Defendant
FOSS MARITIME COMPANY

FORM OF CERTIFICATION – Case No. C 07 4722 (WHA)                         KYL_SF459615