1  JOHN D. GIFFIN, CASB No. 89608
   *john.giffin@kyl.com*
2  JULIE L. TAYLOR, CASB No. 154341
   *julie.taylor@kyl.com*
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation
4  Four Embarcadero Center, Suite 1500
   San Francisco, California 94111
5  Telephone:  (415) 398-6000
   Facsimile:   (415) 981-0136
6
   Attorneys for Defendant FOSS MARITIME COMPANY
7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11 | MICHAEL D. BIRD,                          | Case No. C 07-05776 WDB
12 |                       Plaintiff,           | **FORM OF CERTIFICATION PURSUANT TO CIVIL L.R. 3-16**
13 |   v.                                      |
14 | FOSS MARITIME COMPANY, a corporation, and DOES 1 through 100, inclusive, |
15 |                                           |
16 |                       Defendants.          |

17

18       On behalf of Defendant FOSS MARITIME COMPANY, pursuant to Civil L.R. 3-

19  16, the undersigned certifies that the following listed persons, associations of persons,

20  firms, partnerships, corporations, or other entities (i) have a financial interest in the

21  subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial

22  interest in that subject matter or in a party that could be substantially affected by the

23  outcome of this proceeding:

24       (1)   Foss Maritime Company

25       (2)   Chubb Group of Insurance Companies

26

27

28

                                      - 1 -                              KYL_SF459615
FORM OF CERTIFICATION – Case No. C 07-05776 WDB

| | |
|---|---|
| 1 | |
| 2 | DATED: January 31, 2008 |
| 3 | |
| 4 | |



JOHN D. GIFFIN
JULIE L. TAYLOR
KEESAL YOUNG & LOGAN
Attorneys for Defendant
FOSS MARITIME COMPANY

- 2 -

FORM OF CERTIFICATION – Case No. C 07-05776 WDB

KYL_SF459615