1  JOHN D. GIFFIN, CASB No. 89608
   *john.giffin@kyl.com*
2  JULIE L. TAYLOR, CASB No. 154341
   *julie.taylor@kyl.com*
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation
4  Four Embarcadero Center, Suite 1500
   San Francisco, California 94111
5  Telephone: (415) 398-6000
   Facsimile:  (415) 981-0136
6
7  Attorneys for Defendant FOSS MARITIME COMPANY

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA

10
11  MICHAEL D. BIRD,                    Case No. C 07-05776 WDB

12                 Plaintiff,           **FORM OF CERTIFICATION PURSUANT
                                        TO CIVIL L.R. 3-16**
13       v.

14  FOSS MARITIME COMPANY, a
    corporation, and DOES 1 through 100,
15  inclusive,

16                 Defendants.

17

18       On behalf of Defendant FOSS MARITIME COMPANY, pursuant to Civil L.R. 3-

19  16, the undersigned certifies that the following listed persons, associations of persons,

20  firms, partnerships, corporations, or other entities (i) have a financial interest in the

21  subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial

22  interest in that subject matter or in a party that could be substantially affected by the

23  outcome of this proceeding:

24       (1)   Foss Maritime Company

25       (2)   Chubb Group of Insurance Companies

26
27
28
                                    - 1 -                        KYL_SF459615
FORM OF CERTIFICATION – Case No. C 07-05776 WDB

1  DATED: January 31, 2008
2
3

JOHN D. GIFFIN
JULIE L. TAYLOR
KEESAL YOUNG & LOGAN
Attorneys for Defendant
FOSS MARITIME COMPANY

- 2 -

FORM OF CERTIFICATION – Case No. C 07-05776 WDB

KYL_SF459615