1  Daniel Robert Bartley, SBN 79586
2  Bartley Law Offices
   7665 Redwood Boulevard, Suite 200
3  Post Office Box 686
   Novato, CA 94948-0686
4  Tel 415 898 4741 • Fax 415 898 4841
5  E-mail danielbartleylaw@aol.com

6  Attorney for Plaintiff Michael Bird

7

8              UNITED STATES DISTRICT COURT
9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 MICHAEL D. BIRD,              | Case No.  C 07-05776 WDB
11                               |
            Plaintiff,            | **STATEMENT OF NON-OPPOSITION BY**
12                               | **PLAINTIFF TO DEFENDANT FOSS**
                                 | **MARITIME COMPANY'S MOTION TO**
13     v.                        | **DISMISS FIRST CAUSE OF ACTION**
                                 | **PURSUANT TO RULE 12(b)(6)**
14 FOSS MARITIME COMPANY, a      |
15 corporation, and DOES 1 through| Date:       February 13, 2008
   100, inclusive,                | Time:       3:00 p.m.
16                               | Courtroom:  No. 4, third floor
17                               | Location:   1301 Clay Street
            Defendants.           |             Oakland, CA 94612
18                               |
19 _____

20     Consistent with oral representations made by Plaintiff's counsel to Defendant's
21
22 counsel, Plaintiff Michael D. Bird hereby formally notifies the Court of Plaintiff's non-
23 opposition to Defendant Foss Maritime Company's Motion to Dismiss first Cause of
24 Action Pursuant to Rule 12(b)(6), given that it appears such motion is meritorious.
25

26 Dated:  February 1, 2008           s/
27                                   _____
                                     Daniel Robert Bartley
28                                   Attorney for Plaintiff Michael D. Bird

*Bird v. Foss Maritime Company* – ND CAL Case No. C 07-05776 WDB                    1

PROOF OF SERVICE

The undersigned declares he/she is employed in the county of Marin, State of California, by Daniel Robert Bartley Law Offices, P.O. Box 686, Novato, CA, 94948-0686. I am over the age of 18 and not a party to this action. I am over the age of 18 and not a party to this action.

On today's date, I caused to be served, via e-mail, true and correct copies of "**STATEMENT OF NON-OPPOSITION BY PLAINTIFF TO DEFENDANT FOSS MARITIME COMPANY'S MOTION TO DISMISS FIRST CAUSE OF ACTION PURSUANT TO RULE 12(b)(6)**." Such was served upon:

JOHN D. GIFFIN, CASB No. 89608
JULIE L. TAYLOR, CASB No. 154341
KEESAL, YOUNG & LOGAN
A Professional Corporation
Four Embarcadero Center, Suite 1500
San Francisco, California 94111 Telephone:
Telephone 415 398-6000 • Fax 415 981-0136
E-mail john.giffin@kyl.com and julie.taylor@kyl.com

Attorneys for Defendant FOSS MARITIME COMPANY

Such was served via e-mail.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct and that this declaration was executed on this 1st day of February, 2008, at Novato, Marin County, California.

_____
Daniel Robert Bartley

\