1  JOHN D. GIFFIN, CASB No. 89608
   *john.giffin@kyl.com*
2  JULIE L. TAYLOR, CASB No. 154341
   *julie.taylor@kyl.com*
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation
4  Four Embarcadero Center, Suite 1500
   San Francisco, California 94111
5  Telephone: (415) 398-6000
   Facsimile:   (415) 981-0136
6
   Attorneys for Defendant FOSS MARITIME
7  COMPANY
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
11

| | |
|---|---|
| MICHAEL D. BIRD,<br><br>                          Plaintiff,<br><br>    v.<br><br>FOSS MARITIME COMPANY, a corporation, and DOES 1 through 100, inclusive,<br><br>                          Defendants. | Case No. C 07-05776 WDB<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date: February 13, 2008<br>Time: 3:00 p.m.<br>Dept: Courtroom 4, 3rd Floor<br>1301 Clay Street, Oakland, CA 94612 |

Pursuant to Local Rule 16-9, Plaintiff MICHAEL D. BIRD (hereinafter Plaintiff) and FOSS MARITIME COMPANY (hereinafter Defendant) (collectively referred to as ("the parties") hereby submit their Joint Case Management Conference Statement.

   1.   **Jurisdiction and Service**

        A.   **Subject Matter Jurisdiction**

             This Court has subject matter jurisdiction based on diversity jurisdiction as Plaintiff Michael D. Bird is a California citizen and Defendant Foss Maritime Company is a Washington corporation with its principal place of business in Seattle, Washington, and the matter in controversy exceeds $75,000.  In addition, because Plaintiff's claim pursuant to 46 U.S.C. §

2114 arises under federal law, this Court has original jurisdiction over this matter under 28 U.S.C. § 1331.

  B. **Service of Process**

  Service of process was properly effected on Foss Maritime Company.

2. **Facts**

  Plaintiff brings this action related to claims arising from his employment with Defendant. Plaintiff alleges that he was wrongfully terminated for making multiple safety reports internally and externally regarding safety violations committed by Defendant.

  Defendants denies Plaintiff was terminated and disputes these allegations.

3. **Legal Issues**

  A. Was Plaintiff terminated from his employment with Defendant?

  B. If Plaintiff was terminated from his employment, was it in violation of 46 U.S.C. § 2114?

  C. Did Defendant conduct its business practices in violation of the Business & Professions Code § 17200?

4. **Motions**

  Defendant filed a Notice of Removal Pursuant to 28 U.S.C. § 1441. Plaintiff did not oppose Removal, Plaintiff concedes that Defendant is correct in its motion.

  Defendant filed a Motion to Dismiss Plaintiff's first cause of action alleged in the Verified Complaint pursuant to FRCP 12(b)(6). Plaintiff filed a Notice of Non-Opposition to the Motion to Dismiss.

  Defendant plans on filing a Motion for Summary Judgment.

5. **Amendment of Pleadings**

  The parties do not plan to amend the pleadings.

6. **Evidence Preservation**

  Both parties have taken appropriate steps to preserve relevant evidence.

7. **Disclosures**

  The parties are is currently accumulating documents and records and will make the required disclosure pursuant to Federal Rules of Civil Procedure Rule 26 within 30 days of the Case Management Conference.

8. **Discovery**

   A. **Plaintiff**

   Plaintiff will undertake discovery as allowed by the Federal Rules of Civil Procedure encompassing the full scope of the following factual and legal issues, including but not limited to: interrogatories, request for production of documents, request for admissions, and depositions.

   B. **Defendant**

   Defendant will undertake discovery as allowed by the Federal Rules of Civil Procedure encompassing the full scope of the following factual and legal issues, including but not limited to: interrogatories, request for production of documents, request for admissions, and depositions.

9. **Class Actions**

   Not Applicable.

10. **Related Cases**

    Not Applicable.

11. **Relief**

    A. **Plaintiff**

    Plaintiff requests damages and appropriate relief and the greater of statutory or punitive penalties.

    B. **Defendant**

    Defendant requests that Plaintiff takes nothing by way of its Complaint and Plaintiff's Complaint is dismissed with all costs to be taxed against Plaintiff, including reasonable attorney's fees and for such other relief as the Court deems proper.

12. **Settlement and ADR**

    The parties have agreed to an early neutral evaluation program.

13. **Consent to Magistrate Judge For All Purposes**

    Both parties consent to Magistrate for all purposes.

14. **Other References**

    Not Applicable.

15. **Narrowing of Issues**

    Not Applicable.

16. **Expedited Schedule**

   Not Applicable.

17. **Scheduling**

   Designation of Experts: July 15, 2008

   Discovery Cutoff: August 15, 2008

   Hearing of Dispositive Motions: September 15, 2008

   Trial: November 15, 2008

18. **Trial**

   A. **Plaintiff**

      Plaintiff requests a jury trial and estimates a 3-4 day trial.

   B. **Defendant**

      Defendant requests a bench trial and estimates a 1-2 day trial.

19. **Disclosure of Non-Party Interested Entities or Persons**

   A. **Plaintiff**

      Plaintiff intends to comply with the Local Rules requiring Disclosure.

   B. **Defendant**

      Defendant has filed the Form of Certification pursuant to Civil L. R. 3 16.

20. **Other**

   Not Applicable.

DATED: February 4, 2008

John D. Giffin
Julie L. Taylor
KEESAL YOUNG & LOGAN
Attorneys For Defendant
FOSS MARITIME COMPANY

DATED: February 4, 2008

Daniel Robert Bartley
Attorneys for Plaintiff
Michael D. Bird

- 4 -

KYL_SF459580

JOINT CASE MANAGEMENT STATEMENT
Case No. C 07-05776 WDB

16. **Expedited Schedule**

    Not Applicable.

17. **Scheduling**

    Designation of Experts: July 15, 2008

    Discovery Cutoff: August 15, 2008

    Hearing of Dispositive Motions: September 15, 2008

    Trial: November 15, 2008

18. **Trial**

    A.  **Plaintiff**

    Plaintiff requests a jury trial and estimates a 3-4 day trial.

    B.  **Defendant**

    Defendant requests a bench trial and estimates a 1-2 day trial.

19. **Disclosure of Non-Party Interested Entities or Persons**

    A.  **Plaintiff**

    Plaintiff intends to comply with the Local Rules requiring Disclosure.

    B.  **Defendant**

    Defendant has filed the Form of Certification pursuant to Civil L. R. 3 16.

20. **Other**

    Not Applicable.

DATED: February 4, 2008

John D. Giffin
Julie L. Taylor
KEESAL YOUNG & LOGAN
Attorneys For Defendant
FOSS MARITIME COMPANY

DATED: February 4, 2008

*/s/ Daniel R. Bartley*
Daniel Robert Bartley
BARTLEY LAW OFFICES
Attorneys for Plaintiff
MICHAEL D. BIRD

- 4 -

KYL_SF459580

JOINT CASE MANAGEMENT STATEMENT
Case No. C 07-05776 WDB

**CASE MANAGEMENT ORDER**

The Case Management Conference Statement and [Proposed] Order is hereby adapted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order.

DATED: _____, 2008

_____
Hon. Wayne D. Brazil
United States District Judge