UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## MAGISTRATE WAYNE D. BRAZIL

CIVIL MINUTE ORDER

Date:   February 13, 2008                Start Time:   3:00 p.m.   End Time:   3:25 p.m.

TITLE OF CASE     Bird v. Foss Maritime Co., et al.

DOCKET NO.:     C 07-5776 WDB

Court Reporter:     David Disbrow

FTR 2/13/08, 3:00 p.m.

Hearing Location: Courtroom 4

Court Clerk:  Hera Kim

ATTORNEY(S)

Plaintiff:    Daniel Robert Bartley, Esq.

Defendant:  Julie L. Taylor, Esq.

**PROCEEDINGS**

| | |
|---|---|
| [X] INITIAL STATUS CONFERENCE | [ ] SETTLEMENT CONFERENCE (1ST) |
| [ ] FOLLOW-UP STATUS CONFERENCE | [ ] FOLLOW-UP SETTLEMENT CONF. |
| [ ] PRETRIAL CONFERENCE (NOT FINAL) | [ ] DISCOVERY CONF. (INFORMAL) |
| [ ] FINAL PRETRIAL CONFERENCE | [ ] DISCOVERY HEARING (FORMAL) |
| [X] DISPOSITIVE MOTION (ORDER) | [ ] EXAM. OF JUDGMENT DEBTOR |
| [ ] DISPOSITIVE MOTION (OPINION) | [ ] EVIDENTIARY HEARING |

ORDER TO BE PREPARED BY:  ( ) Plaintiff    ( ) Defendant    (x) Court

Court conducted an Initial Case Management Conference and a hearing on Defendant's motion to dismiss.  See later-filed separate Order.