UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. BIRD,<br><br>          Plaintiff,<br><br>   v.<br><br>FOSS MARITIME COMPANY, et al.<br><br>          Defendants.<br>_____/ | No. C 07-5776 WDB<br><br>ORDER GRANTING DEFENDANT'S MOTION TO DISMISS |

    On November 30, 2007, Defendant Foss Maritime Company filed a motion to dismiss Plaintiff Michael D. Bird's first cause of action, alleging violation of section 1102.5 of the California Labor Code, on the ground that it is preempted by federal maritime law. On February 1, 2008, Plaintiff filed a statement of non-opposition to the motion to dismiss, noting that "it appears such motion is meritorious." On February 13, 2008, counsel for Plaintiff and Defendant appeared for an initial case management conference and for a hearing on the motion to dismiss.

    Good cause appearing, Defendant's motion to dismiss the first cause of action is hereby GRANTED. Defendant shall file an answer to the complaint, as it now remains, within ten (10) days of the date of this order. Fed. R. Civ. Proc. 12(a)(4).

**IT IS SO ORDERED.**

Dated: February 13, 2008

                                            _____<br>
                                            WAYNE D. BRAZIL<br>
                                            United States Magistrate Judge