UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. BIRD, | No. C 07-5776 WDB |
|         Plaintiff<br>v. | ORDER FOLLOWING CASE MANAGEMENT CONFERENCE |
| FOSS MARITIME CO., et al., | |
|         Defendants.<br>_____/ | |

On February 13, 2008, the Court conducted an Initial Case Management Conference in this matter. For reasons more fully explained on the record, the Court ORDERS as follows:

      1.    Counsel for both parties indicated that it might be possible to settle the case after taking discovery over the course of the next ninety to one hundred and twenty days. Accordingly, the parties shall conduct "core" discovery — discovery needed from each side in order to participate in constructive settlement discussions — during that time frame. This is without prejudice to, and the Court specifically preserves, any rights the parties may hold with respect to full discovery and motion practice.

      2.    The parties also have informed the Court that they would like to receive an early neutral evaluation. Accordingly, the court refers this matter to the

1

ADR Department and requests that a neutral evaluator be assigned to conduct an ENE at his or her convenience between June 2, 2008 and June 30, 2008. A representative of the ADR Department will contact the parties to schedule the ENE.

3. If the parties are unable to settle the case on their own or with the assistance of the early neutral evaluator by **Wednesday, July 23, 2008**, the parties must appear that day before the undersigned for a Further Case Management Conference **at 1:30 p.m.** By no later than noon on Monday, July 21, 2008, the parties must e-file an Updated Joint Case Management Statement describing the discovery they have completed and identifying the discovery and motion practice they need to undertake to position the case for disposition. The parties also must inform the Court what dates the parties propose for trial. The parties may appear by telephone at the Further Case Management Conference by calling the Court at 510-637-3909. Plaintiff's counsel shall initiate the conference call at the appointed time.

4. Alternatively, if the case settles prior to July 23, 2008, the parties must immediately notify the Court by calling 510-637-3324.

IT IS SO ORDERED.

Dated:   February 13, 2008

WAYNE D. BRAZIL
United States Magistrate Judge

2