# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Bird,<br><br>          Plaintiff(s),<br><br>     v.<br><br>Foss Maritime Company,<br><br>          Defendant(s). | 07-05776 WDB ENE<br><br>**Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

        **James J. Tamulski**
        Emard, Danoff, Port, Tamulski & Paetzold, LLP
        49 Stevenson St., Suite 400
        San Francisco, CA 94105
        415-227-9455
        jtamulski@edptlaw.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
07-05776 WDB ENE                                - 1 -

1  Counsel are reminded that the written ENE statements required by the ADR L.R.
2  5-8 shall NOT be filed with the court.

4  Dated: February 25, 2008

        RICHARD W. WIEKING
        Clerk
        by:    Alice M. Fiel

        _____
        ADR Case Administrator
        415-522-3148
        Alice_Fiel@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Evaluator**
07-05776 WDB ENE          - 2 -