```
                                              FILED
                                             JUL 0 8 2008
                                           RICHARD W. WIEKING
                                         CLERK, U.S. DISTRICT COURT
                                      NORTHERN DISTRICT OF CALIFORNIA
```

# UNITED STATES DISTRICT COURT

## Northern District of California

| Bird, | No. C 07-05776 WDB ENE |
|---|---|
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Foss Maritime Company, | |
| Defendant(s). | |

*Instructions:* *The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☒ ENE session on (date) **June 17, 2008**

2. Did the case settle?   ☐ fully   ☐ partially   ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☒ no

4. IS THIS ADR PROCESS COMPLETED?   ☒ YES   ☐ NO

Dated: **July 1, 2008**   _____
Evaluator, James J. Tamulski
Emard, Danoff, Port, Tamulski &
Paetzold, LLP
49 Stevenson St., Suite 400
San Francisco, CA 94105

**Certification of ADR Session**
07-05776 WDB ENE