JOHN D. GIFFIN, CASB No. 89608
*john.giffin@kyl.com*
JULIE L. TAYLOR, CASB No. 154341
*julie.taylor@kyl.com*
NICOLE S. BUSSI, CASB No. 252763
*nicole.bussi@kyl.com*
KEESAL, YOUNG & LOGAN
A Professional Corporation
Four Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone: (415) 398-6000
Facsimile:   (415) 981-0136

Attorney for Defendant FOSS MARITIME
COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. BIRD,<br><br>                         Plaintiff,<br><br>        v.<br><br>FOSS MARITIME COMPANY, a<br>corporation, and DOES 1 through 100,<br>inclusive,<br><br>                         Defendants. | CASE NO. C 07-5776 WDB<br><br>**NOTICE OF CHANGE OF ADDRESS** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

         PLEASE TAKE NOTICE THAT counsel for FOSS MARITIME

COMPANY will be moving.  Keesal, Young & Logan's new address, effective July 14,

2008 will be:

                 KEESAL, YOUNG & LOGAN
                 450 Pacific Avenue
                 San Francisco, CA 94133
                 Phone and fax numbers will remain the same.

DEFENDANT FOSS MARITIME COMPANY'S NOTICE OF CHANGE OF ADDRESS C 07-5776
WDB

1   All correspondence should be directed to our new address effective July

2   14, 2008.

3

4

5

6   DATE:  July ___, 2008                          /s/ Nicole Bussi
                                                   John D. Giffin
7                                                  Julie L. Taylor
                                                   Nicole S. Bussi
8                                                  KEESAL YOUNG & LOGAN
                                                   Attorneys For Defendant
9                                                  FOSS MARITIME COMPANY

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT FOSS MARITIME COMPANY'S NOTICE OF CHANGE OF ADDRESS C 07-5776
WDB