JOHN D. GIFFIN, CASB No. 89608
john.giffin@kyl.com
JULIE L. TAYLOR, CASB No. 154341
julie.taylor@kyl.com
NICOLE S. BUSSI, CASB No. 252763
nicole.bussi@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
Four Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone:  (415) 398-6000
Facsimile:    (415) 981-0136

Attorneys for Defendant FOSS MARITIME
COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. BIRD,<br><br>               Plaintiff,<br><br>     v.<br><br>FOSS MARITIME COMPANY, a corporation, and DOES 1 through 100, inclusive,<br><br>               Defendants. | Case No. C 07-05776 WDB<br><br>**UPDATED JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:  July 23, 2008<br>Time:  1:30 p.m.<br>Dept:  Courtroom 4, 3rd Floor<br>1301 Clay Street, Oakland, CA 94612 |

      Pursuant to Local Rule 16-9 and Judge Brazil's February 13, 2008 Order, Plaintiff MICHAEL D. BIRD (hereinafter "Plaintiff") and FOSS MARITIME COMPANY (hereinafter "Defendant") (collectively referred to as "the parties") hereby submit their Updated Joint Case Management Conference Statement.

    1.    **Status**

      An early neutral evaluation was conducted on June 17, 2008.  The parties engaged in settlement discussions during and after the early neutral evaluation.  Those discussions were not successful.

2. **Discovery**

Defendant conducted the deposition of Plaintiff on May 28, 2008. The deposition was limited to core discovery needed in order to participate in the early neutral evaluation which took place on June 17, 2008. The deposition was not concluded and the parties agreed that it would be reconvened if the case did not resolve in connection with the early neutral evaluation. No other discovery was conducted.

A. **Plaintiff**

Plaintiff will undertake discovery as allowed by the Federal Rules of Civil Procedure encompassing the full scope of the following factual and legal issues, including but not limited to: interrogatories, request for production of documents, request for admissions, and depositions.

B. **Defendant**

Defendant will undertake discovery as allowed by the Federal Rules of Civil Procedure encompassing the full scope of the following factual and legal issues, including but not limited to: interrogatories, request for production of documents, request for admissions, and depositions.

3. **Motion Practice**

A. **Plaintiff**

Unless ongoing last-ditch efforts at resolution of the case are successful, Plaintiff's counsel Daniel Bartley will be filing a motion to withdraw as counsel, due to irreconcilable differences. Plaintiff and Plaintiff's counsel are engaged in discussions over such differences, and Plaintiff's counsel should be able to report to the Court at the CMC whether a motion to withdraw is forthcoming.

B. **Defendant**

Defendant plans on filing a motion for summary judgment.

4. **Scheduling**

Designation of Experts: November 1, 2008

Discovery Cutoff: December 1, 2008

Hearing of Dispositive Motions: January 1, 2008

If Plaintiff's counsel at the CMC announces he is going to move for leave to withdraw as counsel, Plaintiff's counsel asks the Court and defense counsel to consider dates at least three months later, in order to afford Mr. Bird fair and reasonable time to find new counsel and get such new counsel up to speed on the case.

5. **Trial**

The parties suggest a trial date of February 1, 2008.

Again, if Plaintiff's counsel at the CMC announces he is going to move for leave to withdraw as counsel, Plaintiff's counsel asks the Court and defense counsel to consider dates at least three months later, in order to afford Mr. Bird fair and reasonable time to find new counsel and get such new counsel up to speed on the case.

A. **Plaintiff**

Plaintiff requests a jury trial and estimates a 3-4 day trial.

B. **Defendant**

Defendant requests a bench trial and estimates a 1-2 day trial.

DATED: July 21, 2008

__/s/ Julie Taylor_____
John D. Giffin
Julie L. Taylor
Nicole S. Bussi
KEESAL YOUNG & LOGAN
Attorneys For Defendant
FOSS MARITIME COMPANY

DATED: July 21, 2008

/s/ Daniel Robert Bartley_____
Daniel Robert Bartley
Attorneys for Plaintiff
Michael D. Bird

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CASE MANAGEMENT ORDER

The Case Management Conference Statement and [Proposed] Order is hereby adapted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order.

DATED: _____, 2008

_____
Hon. Wayne D. Brazil
United States District Judge