UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE WAYNE D. BRAZIL**

CIVIL MINUTE ORDER

Date:   July 23, 2008                                Start Time:   1:30 p.m.   End Time: 2:03 p.m.

TITLE OF CASE    *Bird v. Foss Maritime Co., et al.*

DOCKET NO.:    C 07-5776 WDB

FTR 7/23/08, 1:30 p.m.

Hearing Location: Courtroom 4

ATTORNEY(S)

Plaintiff:    Daniel Robert Bartley, Esq.

Defendant:   Julie L. Taylor, Esq.; Nicole S. Bussi, Esq.

**PROCEEDINGS**

| | |
|---|---|
| [] INITIAL STATUS CONFERENCE | [] SETTLEMENT CONFERENCE (1ST) |
| [X] FOLLOW-UP STATUS CONFERENCE | [] FOLLOW-UP SETTLEMENT CONF. |
| [] PRETRIAL CONFERENCE (NOT FINAL) | [] DISCOVERY CONF. (INFORMAL) |
| [] FINAL PRETRIAL CONFERENCE | [] DISCOVERY HEARING (FORMAL) |
| [] DISPOSITIVE MOTION (ORDER) ONLY) | [] EXAM. OF JUDGMENT DEBTOR |
| [] DISPOSITIVE MOTION (OPINION) | [] EVIDENTIARY HEARING |

ORDER TO BE PREPARED BY:  () Plaintiff    () Defendant    (x) Court

Court conducted a Further Case Management Conference.  See later-filed separate Order.