UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. BIRD, | No. C 07-5776 WDB |
|           Plaintiff | ORDER FOLLOWING FURTHER CASE MANAGEMENT CONFERENCE |
|    v. | |
| FOSS MARITIME CO., et al., | |
|           Defendants. | |
| _____/ | |

On July 23, 2008, the Court conducted a Further Case Management Conference in this matter. For reasons more fully explained on the record, the Court ORDERS as follows:

1. At the outset of the hearing, Plaintiff's counsel, Mr. Daniel Bartley, informed the Court that he and Plaintiff were no longer able to work together as lawyer and client. Mr. Bartley asked that he be permitted to withdraw as counsel. Plaintiff, in turn, provided the Court, Mr. Bartley, and counsel for Defendants with a letter that he had written about his complaints with respect to Mr. Bartley's legal representation. The undersigned reviewed the letter from Plaintiff and has filed the letter UNDER SEAL.

Having reviewed Plaintiff's letter and considered Mr. Bartley's request that he be permitted to withdraw as counsel, the Court now GRANTS Mr. Bartley's

1  request. Mr. Bartley promptly must send to Plaintiff the entire file generated
2  during Mr. Bartley's representation and promptly file a Notice of Withdrawal.
3     2. Plaintiff indicated to the Court that he did not wish to represent himself
4  in this matter. Accordingly, the Court continues the Case Management Conference
5  to **September 18, 2008**, **at 1:30 p.m.,** to give Plaintiff time to attempt to secure
6  new counsel.
7     3. **By no later than August 25, 2008**, the undersigned must receive from
8  Plaintiff, with a copy to Julie Taylor (counsel for Defendants), a letter informing
9  the undersigned whether Plaintiff has found a lawyer and, if he has not, how his
10 efforts to find a lawyer are proceeding. Plaintiff must not include in this letter
11 anything about the substance of conversations he has had with potential lawyers or
12 about the substance of his case. If by August 25, 2008, Plaintiff has secured new
13 counsel, Plaintiff must include in the letter his new lawyer's name and contact
14 information. Plaintiff also must inform any new lawyer who may decide to take
15 Plaintiff's case that the lawyer must promptly file a Notice of Appearance upon
16 undertaking the representation.

18 IT IS SO ORDERED.

19
20    July 24, 2008
                                    _____
                                    Wayne D. Brazil
21                                  United States Magistrate Judge

2