UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL D. BIRD,

        Plaintiff,

  v.

FOSS MARITIME COMPANY et al,

        Defendant.

Case Number: C 07-05776 WDB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in Office of the Clerk, U.S. District Court, Northern District of California.

That on July 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mr. Michael Bird
6196 Inglewood Dr.
Pleasanton, CA 94588

Dated: July 24, 2008

Richard W. Wieking, Clerk

*Sarah Weinstein*

By: Sarah Weinstein, Law Clerk/Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE WAYNE D. BRAZIL**

CIVIL MINUTE ORDER

Date:   July 23, 2008            Start Time:   1:30 p.m.   End Time: 2:03 p.m.

TITLE OF CASE     *Bird v. Foss Maritime Co., et al.*

DOCKET NO.:      C 07-5776 WDB

FTR 7/23/08, 1:30 p.m.

Hearing Location: Courtroom 4

ATTORNEY(S)

Plaintiff:   Daniel Robert Bartley, Esq.

Defendant:   Julie L. Taylor, Esq.; Nicole S. Bussi, Esq.

**PROCEEDINGS**

| [] INITIAL STATUS CONFERENCE | [] SETTLEMENT CONFERENCE (1ST) |
|---|---|
| [X] FOLLOW-UP STATUS CONFERENCE | [] FOLLOW-UP SETTLEMENT CONF. |
| [] PRETRIAL CONFERENCE (NOT FINAL) | [] DISCOVERY CONF. (INFORMAL) |
| [] FINAL PRETRIAL CONFERENCE | [] DISCOVERY HEARING (FORMAL) |
| [] DISPOSITIVE MOTION (ORDER) ONLY) | [] EXAM. OF JUDGMENT DEBTOR |
| [] DISPOSITIVE MOTION (OPINION) | [] EVIDENTIARY HEARING |

ORDER TO BE PREPARED BY:  () Plaintiff    () Defendant    (x) Court

Court conducted a Further Case Management Conference.  See later-filed separate Order.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. BIRD,<br><br>               Plaintiff<br>    v.<br>FOSS MARITIME CO., et al.,<br><br>               Defendants.<br>_____/ | No. C 07-5776 WDB<br><br>ORDER FOLLOWING FURTHER CASE MANAGEMENT CONFERENCE |

On July 23, 2008, the Court conducted a Further Case Management Conference in this matter.  For reasons more fully explained on the record, the Court ORDERS as follows:

    1.    At the outset of the hearing, Plaintiff's counsel, Mr. Daniel Bartley, informed the Court that he and Plaintiff were no longer able to work together as lawyer and client.  Mr. Bartley asked that he be permitted to withdraw as counsel.  Plaintiff, in turn, provided the Court, Mr. Bartley, and counsel for Defendants with a letter that he had written about his complaints with respect to Mr. Bartley's legal representation.  The undersigned reviewed the letter from Plaintiff and has filed the letter UNDER SEAL.

    Having reviewed Plaintiff's letter and considered Mr. Bartley's request that he be permitted to withdraw as counsel, the Court now GRANTS Mr. Bartley's

1

1  request. Mr. Bartley promptly must send to Plaintiff the entire file generated
2  during Mr. Bartley's representation and promptly file a Notice of Withdrawal.
3      2. Plaintiff indicated to the Court that he did not wish to represent himself
4  in this matter. Accordingly, the Court continues the Case Management Conference
5  to **September 18, 2008**, **at 1:30 p.m.,** to give Plaintiff time to attempt to secure
6  new counsel.
7      3. **<u>By no later than August 25, 2008</u>**, the undersigned must receive from
8  Plaintiff, with a copy to Julie Taylor (counsel for Defendants), a letter informing
9  the undersigned whether Plaintiff has found a lawyer and, if he has not, how his
10 efforts to find a lawyer are proceeding. Plaintiff must not include in this letter
11 anything about the substance of conversations he has had with potential lawyers or
12 about the substance of his case. If by August 25, 2008, Plaintiff has secured new
13 counsel, Plaintiff must include in the letter his new lawyer's name and contact
14 information. Plaintiff also must inform any new lawyer who may decide to take
15 Plaintiff's case that the lawyer must promptly file a Notice of Appearance upon
16 undertaking the representation.

IT IS SO ORDERED.

July 24, 2008

_____
Wayne D. Brazil
United States Magistrate Judge

2