# C07-5776-WDB

# BIRD v. FOSS MARITIME CO.

# Documents #31 and 32 ordered removed - see Order #35.