DANIEL ROBERT BARTLEY, CA Bar No. 79586
BARTLEY LAW OFFICES
Post Office Box 686
7665 Redwood Boulevard
Novato, CA  94948-0686
Telephone 415 898 4741  Fax 415 898 4841
E-mail DanielBartleyLaw@aol.com

<u>Former</u> Attorney for Michael D. Bird, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. BIRD,<br><br>                    Plaintiffs<br><br>v.<br><br>FOSS MARITIME COMPANY, a corporation, and DOES 1 through 100, inclusive,<br><br>                    Defendants. | Case No. 07-05776 WDB<br><br>**NOTICE BY DANIEL ROBERT BARTLEY OF WITHDRAWAL AS PLAINTIFF'S COUNSEL**<br><br>Judge:   Hon. Wayne D. Brazil, Magistrate |

**TO PLAINTIFF, PROSPECTIVE NEW PLAINTIFF'S COUNSEL, DEFENDANT, AND THE COURT:**

    The undersigned, attorney Daniel Robert Bartley, hereby gives notice that, pursuant to order of the Court made at the Case Management Conference on July 23, 2008, granting undersigned counsel leave to withdraw as counsel for Plaintiff Michael D. Bird, undersigned counsel formally withdraws as counsel of record for Plaintiff.

    Until Plaintiff Michael D. Bird retains new counsel, Mr. Bird's last known contact data are as follows:

        Mr. Michael D. Bird
        6196 Inglewood Drive
        Pleasanton, CA  94588-3934
        Telephone:  925 425-9931
        E-mail:  captainbird@mac.com

1    I hereby certify that I on July 29, 2008, sent to Michael D. Bird, via overnight UPS, a
2 box containing his case file maintained by my office, including hard copies of all e-mail
3 communications.
4    I further certify that today, July 30, 2008, I sent to Mr. Bird, via First Class Mail, a CD
5 bearing my law office's electronic computerized files regarding his case.

6

7 DATED: July 30, 2008                BARTLEY LAW OFFICES
                                      Former Attorney for Plaintiff Michael Bird
8
                                      s/
9
                                      By:_____
10                                           Daniel R. Bartley

**Proof of Service**

The undersigned declares he/she is employed in the county of Marin, State of California, by Daniel Robert Bartley Law Offices, P.O. Box 686, Novato, CA, 94948-0686. I am over the age of 18 and not a party to this action.

On today's date, I served true and correct copies of **"NOTICE BY DANIEL ROBERT BARTLEY OF WITHDRAWAL AS PLAINTIFF'S COUNSEL"** upon defense counsel and Plaintiff, respectively, as follows:

*Via e-mail:*

Nicole Bussi, Esq., Julie Taylor, Esq.,
and John D. Giffin, Esq.
Keesal, Young & Logan
450 Pacific Avenue
San Francisco, CA 9413
Tel 415 398-6000 • Fax 415 981-0136
E-mail Nicole.Bussi@kyl.com,
Julie.Taylor@kyl.com

*Via e-mail and via U.S. First Class Mail:*

Mr. Michael D. Bird
6196 Inglewood Drive
Pleasanton, CA  94588-3934
Tel 925 425-9931
E-mail captainbird@mac.com

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct and that this declaration was executed on this 30th day of July, 2008, at Novato, Marin County, California.

s/

_____
Daniel Robert Bartley