UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. BIRD,<br><br>               Plaintiff<br>    v.<br><br>FOSS MARITIME CO., et al.,<br><br>               Defendants.<br>_____/ | No. C 07-5776 WDB<br><br>ORDER TO REMOVE DOCUMENTS FROM THE ELECTRONIC DOCKET THAT WERE FILED IN ERROR BY PLAINTIFF'S FORMER COUNSEL, MR. DANIEL R. BARTLEY |

On August 5, 2008, the Court received a letter from Plaintiff's former counsel, Mr. Daniel R. Bartley, informing the undersigned that Mr. Bartley had mistakenly filed in this case two documents on the Court's electronic docketing system that were either incomplete or not related to this action. Accordingly, the Court ORDERS that a member of the staff in the Court's Electronic Court Filing ("ECF") Department promptly remove **document nos. 31 and 32** from the electronic docket in this case.

IT IS SO ORDERED.

Date: August 6, 2008

_____
Wayne D. Brazil
United States Magistrate Judge

1