UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. BIRD,<br><br>        Plaintiff,<br><br>   v.<br><br>FOSS MARITIME COMPANY<br><br>        Defendant.<br>_____/ | No. C 07-5776 WDB<br><br>NOTICE RESCHEDULING CASE MANAGEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

    You are hereby notified that the Case Management Conference currently scheduled for September 18, 2008, is rescheduled for **November 3, 2008, at 3:00 p. m. No later than seven days** prior to the case management conference, the parties must meet and confer and file an Updated Joint Case Management Conference Statement. In this Statement, Plaintiff must inform the Court whether he has retained counsel.

Dated: September 12, 2008

                                                  Richard W. Wieking, Clerk
                                                  United States District Court

                                                  *Sarah Weinstein*

                                                  By:    Sarah Weinstein
                                                           Law Clerk/Deputy Clerk

Copies to:
    All parties,
    WDB, Stats