1  JOHN D. GIFFIN, CASB No. 89608
   john.giffin@kyl.com
2  JULIE L. TAYLOR, CASB No. 154341
   julie.taylor@kyl.com
3  NICOLE S. BUSSI, CASB No. 252763
   nicole.bussi@kyl.com
4  KEESAL, YOUNG & LOGAN
   A Professional Corporation
5  Four Embarcadero Center, Suite 1500
   San Francisco, California 94111
6  Telephone: (415) 398-6000
   Facsimile:  (415) 981-0136
7
8  Attorneys for Defendant FOSS MARITIME COMPANY

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12

| MICHAEL D. BIRD, | Case No. C 07-05776 WDB |
|---|---|
| Plaintiff, | **STIPULATION AND PROPOSED ORDER TO EXTEND PLAINTIFF'S TIME TO FILE AMENDED COMPLAINT** |
| v. | |
| FOSS MARITIME COMPANY, a corporation, and DOES 1 through 100, inclusive, | |
| Defendants. | |

Pursuant to Northern District Local Rule 7-12, Plaintiff MICHAEL D. BIRD and Defendant FOSS MARITIME COMPANY hereby request an order changing time by which Plaintiff must file an Amended Complaint from December 5, 2008 to December 10, 2008.

I.   **INTRODUCTION**

On November 24, 2008, the Court issued its Order Following Further Case Management Conference requiring Plaintiff to file an Amended Complaint by December 5, 2008. Plaintiff has requested an extension of time to file an Amended Complaint because of time

- 1 -                                                           KYL SF470626
STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO FILE AMENDED COMPLAINT
Case No. C 07-05776 WDB

Case 3:07-cv-05776-JL   Document 47   Filed 12/04/08   Page 2 of 3
Case 4:07-cv-05776-WDB   Document 46   Filed 12/04/2008   Page 2 of 4

constraints related to his filing of the Motion to Reconsider on December 5, 2008. Defendant has agreed to Plaintiff's request. The parties have entered into the following stipulation, and respectfully request that the Court execute this Proposed Order based on that stipulation.

## II.   STIPULATION

The parties, by and through their attorneys of record herein, submit their Stipulation and Proposed Order extending the filing date as follows:

1. The deadline for Plaintiff to file an Amended Complaint may be continued from December 5, 2008 to December 10, 2008.

IT IS SO STIPULATED.

DATED: December 4, 2008

/s/ Nicole Bussi
John D. Giffin
Julie L. Taylor
Nicole S. Bussi
KEESAL YOUNG & LOGAN
Attorneys For Defendant
FOSS MARITIME COMPANY

DATE:  December 4, 2008

/s/ Michael Bird
Michael D. Bird
Plaintiff

- 2 -                                                                 KYL_SF470626
STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO FILE AMENDED COMPLAINT
Case No. C 07-05776 WDB

## ORDER

As stipulated by parties and for good cause shown; **IT IS HEREBY ORDERED:**

The deadline for Plaintiff to file an Amended Complaint is extended from December 5, 2008 to December 10, 2008.

Dated: December 4, 2008

_____
WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE