Case 07-cv-05776-WDB　　　　　Document 48　　　　　Filed 12/05/2008

MICHAEL D. BIRD, Plaintiff, Per Se　　　　　　　　　　　　　Page 1 of 3
captainBird@mac.com
6196 Inglewood Drive
Pleasanton, CA 94588

(925) 922-3470 cell
(925) 425-9931 home


Plaintiff Per Se for MICHAEL D. BIRD


## UNTIED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. BIRD,<br>　　　　　　　Plaintiff,<br>v.<br>FOSS MARITIME COMPANY, a corpora corporation and DOES 1 through 100, inclusive,<br>　　　　　　　Defendants. | Case No. C 07-05776-WDB<br><br>**STIPULATION & PROPOSED ORDER TO EXTEND PLAINTIFF'S TIME TO FILE MOTION OF RECONSIDERATION** |

　　　Pursuant to Northern District Local Rule 7-12, Plaintiff Michael Bird, Per Se, and defendant FOSS MARITIME COMPANY hereby, request an order changing time by which Plaintiff must file a Motion for Reconsideration from December 5, 2008 to December 8, 2008, the following Monday.


I.　**INTRODUCTION**

　　　On, November 24, 2008, the Court issued it Order Following Further Case Management Conference requiring Plaintiff file his Motion of Reconsideration by December 5, 2008. Plaintiff, due to time constraints requests an extension of time to file this Motion of Reconsideration until December 8, 2008. Defendant's lead attorney, John Giffin agreed with Plaintiff's stipulation via telephone, today.

Case 07-cv-05776-WDB                 Document 48                 Filed 12/05/2008

Page 2 of 3

## II. STIPULATION

The parties, by and through their attorneys of record herein, submit their Stipulation and Proposed Order extending the filing date as follows:

> The deadline for Plaintiff to file his Motion for Reconsideration may be continued from December 5, 2008 to December 8, 2008.

IT IS SO STIPULATED

DATED: December 5, 2008               *Michael D. Bird*

                                      MICHAEL D. BIRD, Plaintiff Per Se

DATED: December 5, 2008               _____

                                      John D. Giffin, (Agreed via telephone)
                                      Nicole S. Bussi
                                      Julie I. Taylor
                                      KEESAL YOUNG & LOGAN
                                      Attorneys for Defendant
                                      FOSS MARITIME COMPANY

12/05/2008 14:22 FAX 9254631009 COPYMATPLEASANTON ☒004/004
Case 3:07-cv-05776-JL Document 48 Filed 12/08/08 Page 3 of 3

Case 07-cv-05776-WDB Document 48 Filed 12/05/2008

Page 3 of 3

### ORDER

As stipulated by parities and for good cause shown; **IT IS HEREBY ORDERED:**

The deadline for Plaintiff to file his Motion of Reconsideration is extended from December 5, 2008 to December 8, 2008.

DATED: 12/5/08

WAYNE D. BRAZIL
U.S. MAGISTRATE JUDGE