UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. BIRD, | No. C 07-5776 WDB |
| Plaintiff, | ORDER RE DEFENDANT'S MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT |
| v. | |
| FOSS MARITIME COMPANY, et al. | |
| Defendants. | |

We apologize for failing to review Defendant's Motion to Dismiss Plaintiff's Third Cause of Action, filed February 10, 2009, in a timely fashion as we stated we would in this Court's Order Following January 28, 2009, Hearing.

Given the procedural posture of the case we think it makes the most sense to order plaintiff to respond to all of the contentions made by defendant in the Motion to Dismiss, filed February 10, 2009, and all of the contentions made in the Motion for Summary Judgment, filed March 6, 2009, on the scheduled set forth in the Order Following January 28, 2009, Hearing.

It appears that defendant's Motion for Summary Judgment restates all of the arguments set forth in its Motion to Dismiss Plaintiff's Third Cause of Action. Therefore, the Court ORDERS as follows.

If, after reading defendant's Motion for Summary Judgment, including the arguments that also were made in defendant's Motion to Dismiss, Mr. Bird determines that he cannot fairly respond to the motions without conducting limited additional discovery, then **by March 13, 2009,** Mr. Bird must file with the Court and serve on defendant's counsel a writing that (1) identifies with specificity the information Mr.

Bird believes he needs in order to fairly respond to the motions and (2) sets forth his proposed method(s) for obtaining that information (e.g., subpoena of documents, notice of deposition, etc).

If, after reading defendant's Motion for Summary Judgment, including the arguments that also were made in defendant's Motion to Dismiss, Mr. Bird concludes that he can fairly respond to the motion without conducting additional discovery, then **by March 20, 2009,** Mr. Bird must file with the Court and serve on defendant's counsel his opposition to defendant's motion for summary judgment. If Mr. Bird wants the Court to consider any evidence in support of his opposition to defendant's motion for summary judgment he must file and serve copies of that evidence along with his opposition. Mr. Bird is responsible for determining the requirements for opposing a motion for summary judgment.

The Court will determine the schedule for the hearing on defendant's motion for summary judgment following receipt of Mr. Bird's submission.

**IT IS SO ORDERED.**

Dated: March 6, 2009

_____
WAYNE D. BRAZIL
United States Magistrate Judge