1

2

3

4

5

6

7                              UNITED STATES DISTRICT COURT

8                            NORTHERN DISTRICT OF CALIFORNIA

9

10   MICHAEL D. BIRD,                           No. C 07-5776 WDB

11            Plaintiff,                        ORDER FOLLOWING MARCH 27,
                                                2009, CASE MANAGEMENT
12       v.                                     CONFERENCE

13   FOSS MARITIME COMPANY,

14            Defendant.

15   _____/

16

17       On March 27, 2009, the Court conducted a case management conference to

18   discuss plaintiff's request for discovery that he contends he needs to respond to

19   defendant's Motion for Summary Judgment.  For the reasons stated on the record, the

     Court ORDERS as follows.

20

21       1.    **On Wednesday, May 20, 2009, at 3:15 p.m.**, the Court will conduct a

22   follow up telephonic case management conference.  Counsel for defendant will initiate

     the conference call and telephone the court at 510-637-3909 with all parties on the

23

24   line.  **The parties should note that the above date is <u>not</u> the date specified at the

     March 27th hearing.**  If either party is unavailable on May 20th that party must

25

     notify the court promptly.

26

27       2.    Prior to May 20th, the parties will make all reasonable efforts to

28   complete Port Captain John Butcher's deposition with respect to the issues presented

     by defendant's Motion for Summary Judgment.

1    At this juncture, the Court finds that it is appropriate for plaintiff to depose

2  Capt. Butcher about the following subjects: (1) the information Capt. Butcher knew

3  before October 18, 2006, with respect to plaintiff's alleged safety complaints, (2)

4  conversations between Capt. Butcher and plaintiff that occurred between September

5  29, 2006 and October 18, 2006, (3) communications between Capt. Butcher and any

6  representative of the Inland Boatman's Union ("IBU") pertaining to the status of Mr.

7  Bird's dues and his eligibility to work in September and October 2006, and (4) actions

8  taken by Capt. Butcher relating to Mr. Bird's employment between September 29,

9  2006 and October 18, 2006.

10    3.    Prior to the May 20th conference, plaintiff will contact a representative of

11  the IBU to determine whether the IBU will agree to provide plaintiff with the

12  information needed to respond to defendant's Motion for Summary Judgment.  If the

13  union declines to provide this information, plaintiff promptly must use the process

14  provided by Federal Rule of Civil Procedure 45.

15    At this juncture, plaintiff may request from the IBU (1) copies of the union's

16  rules and/or regulations relating to the payment of dues and what actions the union

17  normally takes when a member's dues are in arrears, (2) documents that reflect the

18  status of Mr. Bird's dues between April and November 2006, (3) information about

19  communications, if any, that were exchanged between the union and Foss on the

20  subject of Mr. Bird's dues status and eligibility to work, and (4) information about

21  communications, if any, that were exchanged between the union and Michael Bird on

22  the subject of Mr. Bird's dues status and eligibility to work.

23    4.    Defendant's counsel will contact Foss employee Bruce Reed to determine

24  whether Mr. Reed recalls the alleged October 2, 2006, telephone conversation

25  between Mr. Reed and plaintiff.

26    Counsel will obtain a declaration, under penalty of perjury, from Mr. Reed

27  setting forth the information he recalls about that conversation with plaintiff or

28  asserting that he has no recollection of the conversation.

1         5.    Defendant's counsel will conduct a reasonable investigation to determine

2   who at Foss may have communicated to the Captain on duty on September 29, 2006,

3   that Mr. Bird should go home on that date.

4   **IT IS SO ORDERED.**

5
    Dated: March 30, 2009
6

7   _____
    WAYNE D. BRAZIL
    United States Magistrate Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MICHAEL BIRD,

           Plaintiff,

  v.

FOSS MARITIME COMPANY.

           Defendants.
_____/

Case Number: C 07-5776 WDB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in Office of the Clerk, U.S. District Court, Northern District of California.

That on March 30, 2009, I SERVED a true and correct copy(ies) of the Order Following March 27, 2009 Case Management Conference and the minute order, filed March 27, 2009, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael D. Bird
6196 Inglewood Drive
Pleasanton, CA 94588-3934

Dated: March 30, 2009

Richard W. Wieking, Clerk

*Michelle Sicula*

By: Michelle Sicula, Law Clerk/Deputy Clerk