UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL D. BIRD,

Plaintiff,

v.

FOSS MARITIME COMPANY,

Defendant.
_______________________________/

No. C 07-5776 WDB

ORDER FOLLOWING MAY 20, 2009, CASE MANAGEMENT CONFERENCE

On May 20, 2009, the Court conducted a case management conference. For the reasons stated on the record, the Court ORDERS as follows.

1. **By July 20, 2009,** plaintiff must file with the Court and serve on defendant (1) his opposition to defendant's Motion for Sanctions, filed May 13, 2009, and (2) his opposition to defendant's Motion for Summary Judgment, filed March 6, 2009.

2. **By August 3, 2009,** defendant must file with the Court and serve on plaintiff its replies to plaintiff's July 20th oppositions.

3. **On Thursday, August 27, 2009, at 1:30 p.m.**, the Court will conduct a hearing in connection with defendant's Motion for Sanctions and Motion for Summary Judgment.

**IT IS SO ORDERED.**

Dated: May 21, 2009

WAYNE D. BRAZIL
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MICHAEL BIRD,

Plaintiff,

v.

FOSS MARITIME COMPANY.

Defendants.
___________________________________/

Case Number: C 07-5776 WDB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in Office of the Clerk, U.S. District Court, Northern District of California.

That on May 21, 2009, I SERVED a true and correct copy(ies) of the Order Following May 20, 2009 Case Management Conference by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office. I also served a copy via e-mail to captainbird@mac.com.

Michael D. Bird
6196 Inglewood Drive
Pleasanton, CA 94588-3934

Dated: May 21, 2009

Richard W. Wieking, Clerk

Michelle Sicula

By: Michelle Sicula, Law Clerk/Deputy Clerk