**ORIGINAL FILED**

FEB 1 0 2010

**RICHARD W. WIEKING**
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

MICHAEL D. BIRD, Pro Se
captainBird@mac.com
6196 Inglewood Drive,
Pleasanton, CA 94588

(925) 425-9931 home
(925) 922-3470 cell

Plaintiff Pro Se
MICHAEL D. BIRD



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| MICHAEL D. BIRD, | | Case No. C 07-05776 JL |
|---|---|---|
| Plaintiff, | | |
| | | **Plaintiff MICHAEL BIRD'S** |
| v. | | **Request for 30 days for** |
| | | **Settlement Purposes and** |
| | | **Time Extension to file** |
| | | **Motion to Remand to** |
| | | **State Courts** |
| FOSS MARITIME COMPANY, a corporation, | | Date:   Feb 10, 2010 |
| And DOES 1 through 100, inclusive | | |
| Defendants, | | |

Plaintiff and the Defendant's counsel John Cox both believe they can settle this case. Last week we spoke, and Mr. Cox suggested we focus on settling this issue first. We are still in agreement in going to settlement, but a problem occurred. That being, my former attorney has a lean against this case. This creates a problem yet to be resolved between the Plaintiff and his former attorney. Had this issue not occurred, I believe the Defendant and Plaintiff would today have announced a settlement had been reached.

Prior to the January 27, 2010 Case Management Conference, Defendant's attorney Mr. Cox and I had never met, as he is a new addition for the defense. As stated above, I believe he and I can reach a settlement.

I ask the Court grant a 30 day EXTENSION for settlement purposes, which if not successful my Motion for Remanding would be due at that time.

Feb 10, 2010 SO ORDERED

_____
Michael D. Bird Plaintiff Per Se

**JAMES LARSON**
**U.S. MAGISTRATE JUDGE**