JOHN D. GIFFIN, CASB No. 89608
john.giffin@kyl.com
JULIE L. TAYLOR, CASB No. 154341
julie.taylor@kyl.com
JOHN COX, CASB No. 197687
john.cox@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California  94133
Telephone:   (415) 398-6000
Facsimile:    (415) 981-0136

Attorneys for Defendant
FOSS MARITIME COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. BIRD,<br><br>                         Plaintiff,<br><br>   vs.<br><br>FOSS MARITIME COMPANY,<br><br>                         Defendant. | Case No. CV 07-05776 JL<br><br>**STIPULATED DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER**<br><br>**FRCP 41(A)(1)** |

      WHEREAS, Plaintiff MICHAEL BIRD filed a lawsuit against FOSS MARITIME COMPANY ("Foss") in Contra Costa County Superior Court on or about October 2007, for wrongful termination and other claims under federal and California state law;

      WHEREAS, Foss removed the case from the Superior Court to this Court based on 28 U.S.C. §§ 1441 (a) and (b), and filed its answer to Plaintiff's Complaint and denied all liabilities alleged therein;

      WHEREAS, the parties have reached a settlement agreement on or about February 22, 2010;

1     WHEREAS, Plaintiff and Foss have considered and honored the Notice of Attorney's Lien filed by Daniel Bartley on July 29, 2008;

    WHEREAS, pursuant to the terms of the settlement between Plaintiff and Foss, Plaintiff will indemnify and defend Foss for any claims related to the Attorney's Lien; and

    WHEREAS, dismissal is appropriate as the result of the settlement agreement entered into between the parties.

    IT IS HEREBY STIPULATED AND AGREED by and between the parties that the entire action may now be dismissed <u>with prejudice</u> pursuant to Federal Rule of Civil Procedure 41(a), each party to bear its own respective costs and fees. The parties therefore request that this Court Order that this matter be dismissed immediately <u>with prejudice</u> with each party to bear its own costs and fees.

DATED: February 22, 2010

_/s/ Michael D Bird_
MICHAEL BIRD
PLAINTIFF

DATED: February 22, 2010

_/s/ John D. Giffin_
JOHN D. GIFFIN
JULIE L. TAYLOR
JOHN COX
KEESAL, YOUNG & LOGAN
Attorneys for Defendant
FOSS MARITIME COMPANY

# ~~[PROPOSED]~~ ORDER

Plaintiff MICHAEL BIRD and Defendant FOSS MARITIME COMPANY have jointly stipulated and advised the Court that this matter has been resolved. With GOOD CAUSE SHOWN, the Court hereby ORDERS:

1. This matter is dismissed <u>with prejudice</u>.
2. Each side will bear its own costs and fees.
3. All pending motions are deemed withdrawn and all future dates in this matter are vacated.

Dated: February 23, 2010

_____
JAMES LARSEN
UNITED STATES MAGISTRATE JUDGE